(84 South. 394)

## MIMS v. STATE. (5 Div. 302.)

(Court of Appeals of Alabama. Dec. 16, 1919.)

CRIMINAL LAW ⬅️1086(2) — CONVICTION REVERSED WHERE RECORD DOES NOT DISCLOSE JURISDICTION OF COURT BELOW.

Where a defendant was convicted in circuit court in a charge of violating the prohibition law and appealed, the judgment will be reversed, where the record does not disclose anything to give the circuit court jurisdiction.

Appeal from Circuit Court, Chilton County; Leon McCord, Judge.

Mann Mims was convicted of violating the prohibition law, and he appeals. Reversed and remanded.

Grady Reynolds, of Clanton, for appellant.

Counsel discussed the assignments of error, but without reference to the points cited in the opinion.

J. Q. Smith, Atty. Gen., for the State.

No brief came to the Reporter.

SAMFORD, J. The affidavit was made before the probate judge, and warrant was issued and made returnable to the county court. There was no judgment in the county court, no appeal bond, no demand for a jury; in fact, nothing appears in the record to give the circuit court jurisdiction. For this reason the judgment must be reversed. Haynes v. State, 5 Ala. App. 167, 59 South. 325.

The judgment is reversed, and the cause remanded.

Reversed and remanded.